IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LINDSI TRAMERI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION |
| v. | ) |
| | ) FILE NO. 1:14-cv-03603-CC-JFK |
| OXFORD LAW, LLC, | ) |
| ACCE INTERNATIONAL, | ) |
| and CHARLES RITER, | ) |
| | ) |
| Defendants. | ) |

**RESPONSE TO ORDER TO SHOW CAUSE AND NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS**

COMES NOW, LINDSI TRAMERI, Plaintiff in the above-styled civil action, by and through the undersigned counsel of record, and files this, in response to the Court's September 8, 2015 Order to Show Cause, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, her Notice of Voluntary Dismissal With Prejudice as to All Defendants. Plaintiff hereby requests that the instant action be dismissed, with prejudice, and without fees or costs assessed to any party.

Dated: September 8, 2015.

Respectfully submitted,

/s/Craig J. Ehrlich
Craig J. Ehrlich
Georgia Bar No. 242240
The Law Office of Craig J. Ehrlich, LLC

                                          2300 Henderson Mill Road, Suite 300
                                          Atlanta, Georgia 30345
                                          Tel: (404) 365-4460
                                          Fax: (855) 415-2480
                                          craig@ehrlichlawoffice.com

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1**

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using 14-point Times New Roman font.

                                            Respectfully submitted,

                                            /s/ Craig J. Ehrlich
                                            Craig J. Ehrlich

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Response to Order to Show Cause and Notice of Voluntary Dismissal With Prejudice was filed electronically September 8, 2015, via the CM/ECF system for the United States District Court for the Northern District of Georgia, with copies served upon the following via email (as indicated) and U.S. Mail with proper postage affixed thereon, as follows:

    Oxford Law, LLC
    Attn: Robert Kline, Esq.

1100 Northbrook Drive, Ste. 200
Trevose, Pennsylvania 19503
RKline@PAColLaw.com

Mr. Charles Riter
1100 Northbrook Drive, Ste. 200
Trevose, Pennsylvania 19503

/s/ Craig J. Ehrlich
Craig J. Ehrlich